*In re* **Carroll,** Daniel Gerard (MR 16766)
Chicago, IL

Order of the Court:

The motion by Daniel Gerard Carroll to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **Ellis,** Bernard Maurice (MR 16744)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Review Board is allowed, and respondent Bernard Maurice Ellis is disbarred.